SHOCKLEY *v.* TATE *et al.*

EVANS, P. J. This case is controlled by the decision this day rendered in the case of *Bryan* v. *Tate,* ante.

                    *Judgment affirmed. All the Justices concur.*
                    JUNE 13, 1912.